Mark F. Anderson (SBN 44787)
Kan Tung Donohoe (SBN 197785)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiffs Cendra S Fong and Michael W Fong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENDRA S FONG and MICHAEL W FONG**, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **CREDIT SOLUTIONS CORPORATION; et al,** ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case No. C 04 1929 GEB KJM <br><br> ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiffs' claims against defendant Equifax Information Services, LLC are dismissed with prejudice and without costs to any party.

DATED:  July 14, 2005                       /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Order for Dismissal of Claims (Equifax) in *Fong v Credit Solutions*

1