IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENDRA S. FONG and<br>MICHAEL W. FONG,<br><br>            Plaintiffs,<br><br>   v.<br><br>EXPERIAN INFORMATION SYSTEMS, INC.;<br>AND TRANS UNION LLC;[1]<br><br>            Defendants. | CIV. S-04-1929 GEB KJM<br><br>ORDER DISMISSING ACTION |

Pursuant to the separate stipulations of the parties filed on August 30 and September 12, 2005, this action is dismissed with prejudice and without costs to any party.

Dated:  September 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption is amended to reflect that Defendant Credit Solutions Corporation was dismissed by Order filed May 6, 2005, Defendant Equifax Information Services was dismissed by Order filed July 15, 2005, and Defendant HSBC Bank Nevada was dismissed by order filed August 30, 2005.